**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 17-CR-189 (JDB)** |
| | : | |
| v. | : | |
| | : | **FILED** |
| **ISSAC LANIER AVANT,** | : | |
| | : | FEB 05 2018 |
| **Defendant.** | : | |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**STATEMENT OF THE OFFENSE**

Pursuant to Fed. R. Crim. P. 11, and for purpose of the United States Sentencing Commission Guidelines, the United States of America, by and through the United States Attorney for the District of Columbia and the Tax Division of the Department of Justice, and defendant Issac Lanier Avant (the "Defendant"), with the concurrence of his attorney, agree and stipulate as follows:

1. The Defendant was a staff member employed by the U.S. House of Representatives since approximately 2000. Since approximately 2002, AVANT had been the Chief of Staff for a Member of Congress. In approximately December 2006, he began an additional position for the House Committee on Homeland Security, including Deputy Staff Director and Staff Director. During this time, Defendant ISSAC LANIER AVANT resided in Alexandria and Arlington, Virginia.

2. In May, 2005, the Defendant caused an Internal Revenue Service ("IRS") Form W-4, Employee's Withholding Allowance Certificate, to be filed with his employer that claimed he was exempt from federal income taxes. Upon receipt of the Form W-4, the U.S. House of Representatives stopped withholding federal income tax from the Defendant's monthly paycheck. The Defendant did not have any federal tax withheld from his paycheck from May, 2005 until the

1

IRS mandated that his employer begin withholding federal tax from the Defendant in January, 2013.

3. For calendar years 2008 through 2012, the Defendant earned wages of approximately $170,000 per year. For each of these years, the Defendant failed to timely file an income tax return with the IRS.

4. In or around January 2013, the IRS sent letters to the Defendant and his employer informing both that the employer was required to begin withholding federal income tax from the Defendant's paycheck.

5. In or around April, 2013, the IRS started to garnish the Defendant pay for approximately $1,500 per month to repay his tax debt for tax year 2008.

6. Standard Form 86 ("SF-86"), entitled "Questionnaire for National Security Positions," is a form used by the federal government in conducting background investigations for job applicants and employees requiring a security clearance.

7. In 2008 and again in 2013, for his position with the Committee on Homeland Security, the Defendant completed a SF-86 in order to receive a Top Secret security clearance.

8. On or about September 18, 2013, in the District of Columbia, in a matter within the jurisdiction of the executive branch of the Government of the United States, the Defendant did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement and representation, by responding "no" to the following question on a Questionnaire for National Security Positions, Form SF-86: "In the past seven (7) years have you failed to file or pay Federal, state, or other taxes when required by law or ordinance?" The statement and representation

were false because, as the Defendant then and there knew, he had failed to file and pay his federal taxes within the previous seven year period.

Respectfully submitted,

_____  _____
John P. Marston                              Todd Ellinwood
Assistant United States Attorney     Asst. Chief, Southern CES, Tax Div.
555 4th Street, N.W., 5th Floor         601 D Street, N.W.
Washington, D.C. 20530                  Washington, D.C. 20579
(202) 252-6886                                 (202) 514-5145
John.Marston@usdoj.gov             Todd.A.Ellinwood@usdoj.gov

**Defendant's Acceptance**

I have read this Statement of the Offense and carefully reviewed every part of it, as well as the Indictment which it references, with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of the Offense and all matters relating to it. I fully understand this Statement of the Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

January 10, 2018
Date

Issac Lanier Avant
Defendant

**Defense Counsel's Acknowledgment**

I am defendant Issac Lanier Avant attorney. I have reviewed every part of this Statement of the Offense with my client. It accurately and completely sets forth the Statement of the Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

1/10/18
Date

Barry Pollack, Esq.

4